[No. 3647-2-III.   Division Three.   December 23, 1980.]

HARLAN D. DOUGLASS, ET AL, *Appellants,* v. F.
WALLACE ROTHROCK, JR., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 79-2-05610-1, Donald N. Olson, J.,
entered September 7, 1979. *Affirmed* by unpublished opin-
ion per Munson, J., concurred in by McInturff, A.C.J., and
Roe, J.

[No. 4135-II.   Division Two.   December 24, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
RAY RODACKER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 10048, J. Dean Morgan, J., entered May 24,
1979. *Affirmed* by unpublished opinion per Petrich, J., con-
curred in by Reed, C.J., and Pearson, J.

[No. 8098-9-I.   Division One.   December 29, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDALL
J. OPPEWALL, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 10142, Jack S. Kurtz, J., entered
August 16, 1979. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Swanson and Andersen, JJ.